IN THE MATTER OF INTERNATION SECURITY
FOR THE UNITED STATES OF AMERICA
DISTRICT OF MAINE
Portland Division

Robert James Swint,
  Plaintiff,

~against~

Jesus H. Christ,
Liberty Mutual Insurance,
International Paper Version
King James Bible,
New Living Dead Girl
Translation Holy Bible,
  Defendants,

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2021 MAY -3 P 1:58
DEPUTY CLERK

COMPLAINT
Civil Action:

# COMPLAINT

## Facts + Details

It says his name right on the cover Bob H. King James, once you take all the lies out, hence liberty. Robert James Christ (Swint). He said I swint (st) Hence Q-RST-U trapped in time.

RST

Robert James Swint
Oregon State Mental Hospital
2600 Center St, NE
Salem, Oregon 97301-2682

TRUE
And Always Been correct