UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT JAMES SWINT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) No. 2:21-cv-119-GZS |
| | ) |
| **LIBERTY MUTUAL INSURANCE, ET AL.,** | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 2) filed May 11, 2021, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** for failure to state a substantial federal claim or otherwise assert a claim within the Court's subject matter jurisdiction.

/s/ George Z. Singal
United States District Judge

Dated this 4th day of June, 2021.